23733. ADAMS, Chairman, et al. v. MORGAN et al.

COOK, Justice. On further consideration of the record in the present case, this court has reached the conclusion that the application for writ of certiorari was improvidently granted, and accordingly the case is

*Dismissed. All the Justices concur, except Nichols, J., disqualified.*

ARGUED OCTOBER 11, 1966—DECIDED DECEMBER 5, 1966—
REHEARING DENIED DECEMBER 14, 1966.

*Fulcher, Fulcher, Hagler, Harper & Reed, J. Walker Harper, Robert E. Knox,* for appellants.
*Randall Evans, Jr.,* for appellees.